QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ZARAGOZA-PUEBLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JORGE ZARAGOZA-PUEBLA,<br><br>             Defendant. | NO. CR.S-05-071-GEB<br><br>**STIPULATION AND ORDER;<br>EXCLUSION OF TIME**<br><br>Date: April 22, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 15, 2005 shall be vacated and a status conference scheduled for April 22, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

April 22, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: April 19, 2005.                    Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Public Defender


DATED: April 19, 2005.                    /s/ MARK J. REICHEL
                                          MARK J. REICHEL
                                          Assistant Federal Defender
                                          Attorney for Defendant


                                          McGREGOR SCOTT
                                          United States Attorney


DATED: April 19, 2005.                    /s/ MARK J. REICHEL for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: April 19, 2005

                         /s/ Garland E. Burrell, Jr.
                         GARLAND E. BURRELL, JR.
                         United States District Judge